CHARLES WILLIAMS ET ALS. *vs.* THE CONNECTICUT
COMPANY.

Third Judicial District.
Argued April 11th—decided July 19th, 1912.

ACTION to recover damages for injuries to the plaintiff's horse, wagon and harness, alleged to have been caused by the defendant's negligence, brought to the Court of Common Pleas in New Haven County and tried to the jury before *Simpson, J.*, who directed the jury to return a verdict for the defendant, from the judgment upon which the plaintiffs appealed. *No error.*

*Charles S. Hamilton*, with whom was *Rocco Ierardi*, for the appellants (plaintiffs).

*Harrison T. Sheldon* and *Thomas M. Steele*, for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in New Haven County.